TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00689-CV






Billy Smith Enterprises, Inc., Appellant


v.



Hutchison Construction, Inc., and Mid-Continent Company, Appellees





FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT


NO. D-1-GN-04-001357
, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING 







O R D E R


 

 Appellee/cross-appellant Hutchison Construction, Inc. no longer wishes to pursue
its cross-appeal against appellant/cross-appellee Billy Smith Enterprises, Inc. and has filed a
motion to dismiss. Hutchison Construction states that it has conferred with Billy Smith Enterprises,
Inc., and it does not object to the motion. We grant the motion and dismiss the cross-appeal. See
Tex. R. App. P. 42.1(a).

 It is ordered February 23, 2007.

 


 __________________________________________

 Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Waldrop